## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MICHAEL MOCNIAK, EXECUTOR OF THE ESTATE OF GENEVIEVE MOCNIAK, | : No. 173 WAL 2014<br>:<br>:<br>: |
| Petitioner | : Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>: |
| v. | :<br>:<br>: |
| ALL SAINTS ROMAN CATHOLIC CHURCH; RT. REV. REGIS CANEVIN, BISHOP OF THE DIOCESE OF PITTSBURGH, AS TRUSTEEE; RT. REV . LAWRENCE E. BRANDT, BISHOP OF THE DIOCESE OF GREENSBURG, INDIVIDUALLY AND AS SUCESSOR TRUSTEE;  RT. REV. DAVID A. ZUBIK, BISHOP OF THE DIOCESE OF PITTSBURGH, INDIVIDUALLY AND AS SUCCESSOR TRUSTEE; THE CATHOLIC DIOCESE OF GREENSBURG; AND THE CATHOLIC DIOCESE OF PITTSBURGH, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.